USDC - VT Waiver of Appearance for Arraignment 4/2020

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

# United States District Court
## for the
## District of Vermont

2023 FEB -8 AM 11: 29

CLERK
BY ____LAW____
DEPUTY CLERK

United States of America

v.

Eric Raymond

**Waiver of Appearance
For Arraignment
(Rule 10(b), Fed. R. Crim. P.)**

Case Number: 5:22-cr-18-1

I, ____Eric Raymond____, charged in an (indictment)(information) pending in the District of Vermont in violation of Title _21_ U.S.C. _846, 841(a)(1), 841(b)(1)(B)(ii) +(C)_ _18 USC 922(g)(1), 922(g)(3) + 924(a)(2), 18 USC 924(c)(1)(A)(iii), 18 USC 1957(a)_ do hereby *waive (give up)* my right to appear at an arraignment. I acknowledge that I have received and reviewed a copy of the (superseding) indictment or information, and have agreed to enter a plea of

not guilty.

_2/3/23_
Date

_Eric Raymond_
Defendant

_[signature]_
Counsel for Defendant

*The defendant's request to waive appearance at the arraignment is hereby APPROVED.*

_2/8/23_
Date

_Kevin J. Doyle_
U.S. District Court District/Magistrate Judge