UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | DOCKET NO. 5:22-cr-18-1 |
| | ) | |
| ERIC RAYMOND | ) | |
| | ) | |

**ORDER**

On June 20, 2023, Counsel for the Defense filed a Motion to Continue the Motions Deadline in this case. This is Defendant's second request for a continuance. There is a need for additional time to prepare motions due the volume of discovery, complexity of the case, and ongoing negotiations between the parties.

Pursuant to 18 U.S.C. Section 3161(h)(7)(A), the Court finds that the ends of justice are best served by granting an extension of time and outweigh the best interests of the Defendant and the public in a speedy trial. Accordingly, the Defendant's motion is granted. Defendant's motions will be due August 3, 2023.

It is further ordered that the period of delay resulting from the extension of time, from June 19, 2023 to August 3, 2023, shall be excludable in computing the time in which the trial in this cause must commence pursuant to the Speedy Trial Act and this District's Plan for Prompt Disposition of Criminal Cases.

IT IS SO ORDERED.

Dated at Burlington, Vermont this _____ of June, 2023.

_____
HON. GEOFFREY W. CRAWFORD, Chief Judge